# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JOWANDA JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>STADIUM CLUB, INC. *dba* MASCARA GENTLEMEN'S CLUB, a Florida Corporation, THOMAS HARVEY SHUMAN II, an individual<br><br>Defendant(s). / | Case No.: 3:21-cv-00274-TJC-JBT<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF JOWANDA JACKSON'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT**<br><br>Complaint Filed: March 12, 2021 |

**COMES NOW** plaintiff Jowanda Jackson ("Plaintiff"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of Defendants Stadium Club, Inc. *dba* Mascara Gentlemen's Club, Thomas Harvey Shuman II, (collectively, "Defendants") Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff filed this action on March 12, 2021. Dkt. 1.

2. On May 11, 2022, Defendants served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $9,500.00. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

---

| | | |
|---|---|---|
| Dated: | May 20, 2022 | **FLORIDA LEGAL, LLC** |
| | | */s/ Raymond R. Dieppa* |
| | | Raymond R. Dieppa, Esq. |
| | | Florida Bar No. 27690 |