UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOWANDA JACKSON**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**STADIUM CLUB, INC.** dba MASCARA'S GENTLEMAN'S CLUB, a Florida Corporation; **THOMAS HARVEY SHUMAN II**, an individual; DOE MANAGERS 1 through 10; and DOES 1 through 10, inclusive,

    Defendants.
_____/

**CASE NO.: 3:21-cv-00274-TJC-JBT**

**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

# OFFER OF JUDGMENT

TO PLAINTIFF JOWANDA JACKSON AND HER ATTORNEYS OF RECORD:

Defendants, STADIUM CLUB, INC. dba MASCARAS GENTLEMAN'S CLUB, a Florida Corporation; THOMAS HARVEY SHUMAN II, an individual; ("Defendants") hereby offer to Plaintiff to allow entry of judgment against Defendants pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1.    As to all causes of action alleged in Plaintiffs operative complaint, an offer of judgment of dismissal with prejudice, as permitted under <u>Vasconcelo v.</u>

Miami Auto Max, Inc., 981 F.3d 934, (11th Cir. 2020), in exchange for a payment to Plaintiff JOWANDA JACKSON ("Plaintiff") in the amount of Nine Thousand Five Hundred Dollars and Zero Cents ($9,500.00), which is the total amount that Plaintiff shall be entitled to recover, and is inclusive of any and all liquidated damages, inclusive of reasonable amount of attorney's and costs incurred to date. This shall be the total amount to be paid by Defendants on account of any liability claimed in this action, **inclusive of a reasonable amount of attorney's fees and costs incurred to date,** otherwise recoverable in this action by Plaintiff as well as:

    a.    Any and all compensatory damages that may have been proved at trial

    b.    Any and all special damages that may have been proved at trial;

    c.    Any and all restitution of unpaid monies;

    d.    Any and all attorney's fees;

    e.    Any and all costs of suit incurred herein;

    f.    Any and all statutory penalties;

    g.    Any and all civil penalties;

    h.    Any and all pre-judgment interest;

    i.    Any and all post-judgment interest;

    j.    Any and all general damages in an amount that may have been proved at trial;

    k.    Any and all declaratory relief;

l.  Any and all injunctive relief; and

m.  Any and all further relief as a tribunal may have deemed just and proper.

2.  Defendants will bear their own attorneys' fees and costs.

3.  This offer of judgment is not to be construed as an admission of liability by Defendants, but is made strictly for the purposes specified in Federal Rule of Civil Procedure 68 and is intended to compromise a disputed claim. To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made. If Plaintiff does not accept this offer within fourteen (14) days of the date this offer is made, it shall be deemed withdrawn and Plaintiff may become obligated to pay Defendants' costs incurred after the making of this offer.

DATED:  May 11, 2202.

*Respectfully submitted,*

BENJAMIN, AARONSON, EDINGER
& PATANZO, P.A.

  /s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No.: 0606812
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440/ 337-0696 (Fax)
GSEdinger12@gmail.com
*Attorneys for Defendants*