UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOWANDA JACKSON, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                                         Case No. 3:21-cv-274-TJC-JBT

STADIUM CLUB, INC., a Florida
Corporation, THOMAS HARVEY
SHUMAN II, an individual, DOE
MANAGERS, 1 through 10,
inclusive, and DOES, 1 through 10,
inclusive,

    Defendants.

## O R D E R

This case is before the Court on Plaintiff Jowanda Jackson's Unopposed Motion for Approval of Accepted Offer of FED. R. CIV. P. 68 Offer of Judgment (Doc. 20). On October 26, 2022, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 26) recommending that the motion be granted and judgment be entered. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file

and for the reasons stated in the Report and Recommendation (Doc. 26), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 26) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Unopposed Motion for Approval of Accepted FED. R. CIV. P. 68 Offer of Judgment (Doc. 20) is **GRANTED**.

3. The Clerk is directed to enter final judgment in favor of Plaintiff, Jowanda Jackson, and against Defendants, Stadium Club, Inc., d/b/a/ Mascara's Gentlemen's Club and Thomas Harvey Shuman II, jointly and severally, in the amount of $9,500.00, inclusive of costs and attorneys' fees. The Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 16th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record

2